IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mineral Park, Inc., et al.,[1] | ) | Case No.: 14-11996 (KG) |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR AUGUST 27, 2014 AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801[2]**

This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.

1. Voluntary Chapter 11 Petitions:

    A. Mineral Park, Inc.

    B. Bluefish Energy Corporation

    C. Mercator Mineral Park Holdings, Ltd.

    D. Lodestrike Resources Ltd.

2. Declaration of Marc S. LeBlanc in Support of First Day Motions [Docket No. 3, filed 8/26/14].

    **Status:** The Declaration will be relied upon as evidentiary support for the first day matters listed below.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than thirty minutes prior to the hearing.

### First Day Administrative Motions and Application

3. Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Docket No. 2, filed 8/26/14].

**Status**: This matter is going forward.

4. Application of Mineral Park, Inc., et al. for Entry of an Order Pursuant to § 28 U.S.C. § 156(c) Approving the Retention and Appointment of Prime Clerk LLP as the Claims and Noticing Agent to the Debtors, Effective Nunc Pro Tunc to the Petition Date [Docket No. 4, filed 8/26/14].

**Status**: This matter is going forward.

### First Day Motions Pertaining to Business Operations

5. Motion of the Debtors for Entry of an Order: (I) Authorizing the Debtors to (A) Pay Wages, Salaries and Other Compensation, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses, and (II) Authorizing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing [Docket No. 5, filed 8/26/14].

**Status**: This matter is going forward.

6. Motion Pursuant to Sections 105, 345, 363, 1107, and 1108 of the Bankruptcy Code for an Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions, and (V) Limited Waiver of Section 345(b) Deposit and Investment Requirements [Docket No. 6, filed 8/26/14].

**Status**: This matter is going forward.

7. Motion Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code for Authorization (I) to Pay Prepetition Claims of Critical Vendors and (II) to Authorize Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 7, filed 8/26/14].

**Status**: This matter is going forward.

8. Motion Pursuant to Section 366 of the Bankruptcy Code for Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (B) deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 8, filed 8/26/14].

**Status**: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

9. Motion of Debtors for an Order Authorizing, But Not Directing, Payment of Certain Prepetition Shipping Obligations in the Ordinary Course of Business [Docket No. 9, filed 8/26/14].

**Status**: This matter is going forward.

### Financing Motion

10. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief [Docket No. 10, filed 8/26/14].

**Status**: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

### Matters Filed for Scheduling

11. Application Pursuant To Section 327(a) Of The Bankruptcy Code, Rule 2014 of The Federal Rules Of Bankruptcy Procedure, and Local Rule 2014-1 For Authorization To Employ And Retain Pachulski Stang Ziehl & Jones LLP As Counsel For The Debtors And Debtors In Possession Nunc Pro Tunc To The Petition Date [Docket No. 11, filed 8/26/14].

**Status:** This matter will be served out on notice to be heard at a date and time to be determined.

12. Motion of the Debtors, Pursuant to 11 U.S.C. §§ 105(A) and 363(B), to Employ and Retain FTI Consulting, Inc. to Provide a Chief Restructuring Officer, Additional Personnel and Financial Advisory and Restructuring-Related Services for the Debtors, Nunc Pro Tunc as of the Petition Date [Docket No. 12, filed 8/26/14].

**Status:**   This matter will be served out on notice to be heard at a date and time to be determined.

13. Motion of the Debtors Pursuant to Sections 105(a), 330 and 331 of the Bankruptcy Code for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 13, filed 8/26/14].

**Status:**   This matter will be served out on notice to be heard at a date and time to be determined.

14. Motion Pursuant to Sections 105(A), 327, 328, and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Docket No. 14, filed 8/26/14].

**Status:**   This matter will be served out on notice to be heard at a date and time to be determined.

15. Motion for Entry of an Order Extending Time to File Schedules and Assets and Liabilities and Statements of Financial Affairs [Docket No. 15, filed 8/26/14].

**Status:**   This matter will be served out on notice to be heard at a date and time to be determined.

Dated:  August 26, 2014              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeremy V. Richards (CA Bar No. 102300)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail:    jrichards@pszjlaw.com
           mlitvak@pszjlaw.com
           joneill@pszjlaw.com

[Proposed] Counsel for the Debtors and Debtors in Possession