**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MINERAL PARK, INC., *et al.*,[1] | Case No. 14-11996 (KJC) (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

Pursuant to section 1102(a)(1) of title 11 of the United States Code, I hereby appoint the following persons/entities to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Acton Welding, Inc.**, Attn: Matt Acton, 4765 Interstate Way, Kingman, AZ 86401, Phone: (928) 757-4303, Fax: (928) 757-8195.

2. **Freiday Construction, Inc.**, Attn: William Freiday, P.O. Box 4267, Kingman, AZ 86402, Phone: (928) 716-4638, Fax: (928) 757-4638.

3. **ME Elecmetal**, Attn: Tom Vyvyan, Director of Finance, 3901 University Avenue NE, Minneapolis, MN 55421, Phone: (763) 201-1802, Fax: (763) 788-2874.

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: September 9, 2014

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.