IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MINERAL PARK INC., *et al.*[1] | ) | Case No. 14-11996 (KG) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |

Related Docket No. 142
Objection Deadline: January 20, 2015

## NOTICE OF SALE OF CERTAIN DE MINIMIS ASSETS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On August 25, 2014 (the "Petition Date"), the Debtors commenced this case by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. On September 23, 2014, the Bankruptcy Court entered *Order Approving Procedures for the Sale, Transfer, and Abandonment of De Minimis Assets* [Docket No. 142] (the "De Minimis Asset Sale Procedures Order"). The De Minimis Asset Sale Procedures Order established certain procedures for sales of the assets of Mineral Park Inc. ("Mineral Park" or the "Debtor") in any individual transaction or series of related transactions to a single buyer or group of related buyers with an aggregate selling price equal to or less than $500,000. Capitalized terms not otherwise defined herein have the meanings given to them in the De Minimis Asset Sale Procedures Order.

3. Pursuant to the De Minimis Asset Sale Procedures Order, the Debtor hereby provides notice (the "Notice") of the proposed sale (the "Sale") of the de minimis assets described on Exhibit A attached hereto (collectively, the "De Minimis Assets"). Pursuant to the

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

De Minimis Asset Sale Procedures Order, <u>Exhibit A</u> identifies (i) the De Minimis Assets being sold, (ii) the purchaser of the assets, (iii) the purchase price, and (iv) the significant terms of the sale or transfer agreement, including, but not limited to, necessary fees and expenses incurred in the sale or abandonment of De Minimis Assets, if any, including, but not limited to, commission fees to agents, brokers, auctioneers, and liquidators.

4.  The Sale shall be free and clear of all Liens, if any, with such Liens attaching only to the sale proceeds with the same validity, extent, and priority as had attached to the De Minimis Assets immediately prior to such sale or transfer, subject to the rights, claims, defenses, and obligations, if any, of the Trustee, the Debtors' estates, and all interested parties with respect to any such asserted Liens.

5.  Pursuant to the De Minimis Asset Sale Procedures Order, any objection to the proposed Sale must (a) be in writing, (b) state with specificity the grounds for objection and (c) be served on the following parties (collectively, the "<u>Notice Parties</u>") by no later than **4:00 p.m., Eastern Standard Time, on November 11, 2014** (the "<u>Objection Deadline</u>"): (i) counsel to the Debtor: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Jamie O'Neill, Esq.; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 2nd Floor, 844 King Street, Wilmington, DE 19801, Attn: Tiiarra N. A. Patton, Esq.; (iii) counsel to the Official Committee of Unsecured Creditors, (a) Hiller & Arban LLC, 1500 N. French Street, 2nd Floor, Wilmington, DE 19801, Attn: Johnna M. Darby, Esq. and (b) Stinson Leonard Street LLP, 150 S. Fifth Street, Suite 2300, Minneapolis, MN 55402, Attn: Robert T. Kugler, Esq. and Edwin H. Caldie, Esq.; and (iv) counsel for Société Générale, as Administrative Agent, (a) Luskin, Stern & Eisler LLP, Eleven Times Square, 8th Avenue & 41st Street, New York, NY 10036, Attn: Richard Stern,

Esq. and Matthew O'Donnell, Esq. and (b) Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, Suite 1600, Wilmington, DE 19801, Attn: Derek C. Abbott, Esq. and Andrew R. Remming, Esq.

6. In accordance with paragraph 2.a.v. of the De Minimis Asset Sale Procedures Order, if no objections are served on the Debtor and Notice Parties by the Objection Deadline pursuant to the above procedures, then the Debtor may immediately consummate the sale of the De Minimis Assets.

Dated: January 12, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *James E. O'Neill*

Jeremy V. Richards (CA Bar No. 102300)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (Bar No. 4042)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: jrichards@pszjlaw.com
        mlitvak@pszjlaw.com
        joneill@pszjlaw.com
        crobinson@pszjlaw.com

Counsel to Debtors and Debtors in Possession