**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MINERAL PARK, INC., *et al.*,[1] | ) ) ) | Case No. 14-11996 (KJC) |
| Debtors. | ) ) | (Jointly Administered) |

### NOTICE OF FIRST INTERIM FEE REQUEST OF PRIME CLERK LLC

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE DEBTORS; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 3, 2014 [Docket No. 177], Prime Clerk LLC ("**Prime Clerk**"), retained by Mineral Park, Inc. and its above-captioned affiliated debtors and debtors in possession (the "**Debtors**"), hereby applies for interim quarterly allowance of compensation and reimbursement of expenses ("**Fee Request**") for its monthly fee application filed for the quarterly period covering the period from August 25, 2014 through November 30, 2014. Summaries of Prime Clerk's professional fees and expenses that are the subject of this Fee Request are attached hereto and set forth in its monthly application previously filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **February 5, 2015 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by the following on or before the Objection Deadline: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: James E. O'Neil, Esq; (ii) counsel to the Administrative Agent, (a) Luskin, Stern & Eisler LLP, Eleven Times Square, New York, New York 10036, Attn: Richard Stern, Esq.; and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Attn: Derek C. Abbott, Esq.; (iii) the Office of the United States Trustee, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Tiiara N.A. Patton, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, (a) Hiller & Arban LLC, 1500 N. French Street, 2nd

---

[1]   The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923).  The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413.  The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

Floor, Wilmington, DE 19801, Attn: Johnna M. Darby, Esq. and (b) Stinson Leonard Street LLP, 150 S. Fifth Street, Suite 2300, Minneapolis, MN 55402, Attn: Robert T. Kugler, Esq. and Edwin H. Cadie, Esq.; (v) Robert J. Keach, Bernstein Shur, 100 Middle Street, P.O. Box 9729, Portland, ME 04104-5029; and (vi) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Adam M. Adler.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE FEE REQEUST WILL BE HELD ON **MARCH 18, 2015 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELWAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

Dated: January 15, 2015
New York, New York

                              PRIME CLERK LLC

                    By:    */s/ Adam M. Adler*
                           Adam M. Adler
                           830 Third Avenue, 9th Floor
                           New York, New York 10022

                           Administrative Advisor to the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MINERAL PARK, INC., *et al.*,[1] | ) | Case No. 14-11996 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: February 5, 2015 at 4:00 p.m. (ET)** |

## FIRST INTERIM FEE REQUEST OF PRIME CLERK LLC

Name of Applicant:                                       Prime Clerk LLC

Authorized to Provide Professional Services to:    Debtors and Debtors in Possession

Effective Date of Retention:                             September 19, 2014

Period for which compensation and
reimbursement is sought:                                 August 25, 2014 through November 30, 2014

| Date Filed; Docket No. | Period Covered | Requested Fees | Requested Expenses | CNO Filing Date; Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 1/08/15; Docket No. 319 | 9/19/14 – 10/31/14 | $5,992.80 | $0.00 | Pending | $4,794.24 (Pending) | N/A | $1,198.56 |
| **TOTALS** | | **$5,992.80** | **$0.00** | | **$4,794.24**[2] | **N/A** | **$1,198.56** |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

[2] This amount represents 80% of the fees sought in Prime Clerk's monthly fee application for the period from September 19, 2014 through October 31, 2014 (the "**Monthly Fee Application**"). The objection deadline for Prime Clerk's Monthly Fee Application is January 29, 2014. As of the date of this First Interim Fee Request, Prime Clerk has not received any objections to the Monthly Fee Application, nor is it aware of any objections being filed on the docket. By this Interim Fee Request, Prime Clerk now seeks payment of 100% of the Requested Fees (including the Holdback Fees) for such monthly periods as set forth in the chart above.

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MINERAL PARK, INC., *et al.*,[1] | ) ) | Case No. 14-11996 (KJC) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | Ref. Docket No._____ |

**ORDER APPROVING FIRST INTERIM
FEE REQUEST OF PRIME CLERK LLC**

Upon consideration of the First Interim Fee Request of Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the debtors and debtors-in-possession, for compensation and reimbursement of expenses for the period from August 25, 2014 to and including November 30, 2014 (the "**Fee Request**"); and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and any objections to the Fee Request having been resolved; and after a hearing held on March 18, 2015; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

1. Interim approval of the Fee Request is GRANTED, and Prime Clerk is allowed compensation and reimbursement of expenses for the periods set forth in its Fee Request, subject to the filing of a final fee application by Prime Clerk.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

2. The Debtors are authorized and directed to disburse to Prime Clerk payments in the amount of 100% of the remaining unpaid total fees as set forth in the Fee Request and 100% of the remaining unpaid total expenses set forth in the Fee Request.

Dated: _____, 2015

_____
HONORABLE KEVIN GROSS
U.S. BANKRUPTCY JUDGE