IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Mineral Park, Inc., et al.,[1] | ) Case No.: 14-11996 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) **Related Docket No. 334** |

## <u>SECOND AMENDED</u> NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 20, 2015 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**<u>CONTESTED MATTERS:</u>**

1. Debtors' Motion for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code (Filed December 23, 2014; Docket No. 301)

    **Objection Deadline:** January 6, 2015 at 4:00 p.m.

    **Objections/Responses:**

    (a) Objection of the Official Committee of Unsecured Creditors (Filed January 6, 2015; Docket No. 311)

    **Status:** This matter is going forward.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

2.    Request for Allowance and Payment of Administrative Expense Claim by Mining, Rock Excavation and Construction LLC (Filed December 30, 2014; Docket No. 307)

      **Objection Deadline:** January 13, 2015 at 4:00 p.m. [Extended to January 16, 2015 for Debtors]

      **Objections/Responses:** None to date.

      **Status: The Administrative Claim filed by Mining, Rock Excavation and Construction LLC has been resolved. An order will be submitted at the hearing.**

      **SALE HEARING MATTER:**

3.    Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral Park, Inc.'s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 7, 2015; Docket No. 313)

      **Objection Deadline:** January 16, 2015 at 4:00 p.m.

      **Objections/Responses:**

      (a)   Limited Objection of Atlas Copco Customer Finance USA LLC (Filed January 13, 2015; Docket No. 327)

      (b)   Statement of Societe Generale Regarding Debtors' Motion for a Sale Order, Request for Additional Adequate Protection and Reservation of Rights (Filed January 15, 2015; Docket No. 335)

      (c)   Objection of Trafigura AG to Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral Park, Inc.'s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 16, 2015; Docket No. 341)

      (d)   Limited Objection of Empire Southwest, LLC d/b/a Empire Machinery to Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral

|     | |
| --- | --- |
| | Park, Inc.'s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 16, 2015; Docket No. 342) |
| (e) | Joinder of Fifth Third Bank to Objection of Trafigura AG to Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral Park, Inc.'s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 16, 2015; Docket No. 343) |
| (f) | Mohave State Bank's (I) Request for Adequate Protection and (II) Limited Objection to Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral Park, Inc.'s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 16, 2015; Docket No. 344) |
| **(g)** | Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral Park, Inc.'s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 16, 2015; Docket No. 345) |
| **(h)** | **Response of CTI, Inc. to Motion Authorizing Sale, Reservation of Rights, And Assertion of Administrative Claim and Right to Surcharge (Filed January 16, 2015; Docket No. 347)** |
| **(i)** | **Mohave County, Arizona's (I) Limited Objection to Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral Park, Inc.'s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to** |

**Sections 363(B), (F) and (M) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief and (II) Objection to Statement Regarding Debtors' Motion for a Sale Order, Request for Additional Adequate Protection and Reservation of Rights (Filed January 17, 2015; Docket No. 348)**

Related Documents:

(a)  [signed] Order Shortening Notice (Entered January 8, 2015; Docket No. 315)

**(b)**  Notice of Hearing on Sale Motion (Filed January 8, 2015; Docket no. 317)

**(j)**  **Motion of the Debtors for Leave to File Late Omnibus Reply to Objections Filed to Debtors' Motion For An Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Mineral Park, Inc. and Bluefish Energy Corporation Outside the Ordinary Course of Business, (B) Authorizing the Sale of Mineral Park, Inc.' s and Bluefish Energy Corporation's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(B), (F) and (M) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts And Unexpired Leases; and (D) Granting Related Relief (Filed January 19, 2015; Docket No. 350)**

Status:  This matter is going forward.  The Limited Objection of Atlas Copco Customer Finance USA LLC has been resolved.

Dated:  January **19**, 2015            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Jeremy V. Richards (CA Bar No. 102300)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:       jrichards@pszjlaw.com
                  mlitvak@pszjlaw.com
                  joneill@pszjlaw.com
                  crobinson@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:197427.1 57302/002