# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Mineral Park, Inc., et al.,[1] | ) Case No.: 14-11996 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) |

*Re: # 570, 588*

## ORDER APPROVING SETTLEMENT
## WITH ME ELECMETAL, INC.

Upon consideration of the motion (the "Motion")[2] of Mineral Park, Inc., one of the above-captioned debtors and debtors in possession (the "Debtor"), for entry of an order (this "Order") under Bankruptcy Code section 105 and Bankruptcy Rule 9019 authorizing and approving the Settlement Agreement by and between the Debtor and ME Elecmetal, Inc. ("ME Elecmetal"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b) and a related proceeding pursuant to 28 U.S.C. § 157(a); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the relief requested being a reasonable exercise of the Debtor's sound business judgment consistent with its fiduciary duties

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and in the best interests of the Debtor, the estate and its creditors; and this Court having heard and resolved or overruled any objections to the relief requested in the Motion, if any, and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as stated herein;

2. The Debtor is hereby authorized to enter into the Agreement, and the Agreement, a copy of which is attached to the Motion as Exhibit A, is hereby approved;

3. The Debtor is authorized to execute the Agreement and to take any and all actions necessary thereto to effectuate the terms of the Agreement.

4. This Order shall be effective and enforceable immediately upon entry.

5. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2015
Wilmington, DE

Honorable Kevin J. Carey
United States Bankruptcy Judge