IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mineral Park, Inc., et al.,[1] | ) | Case No.: 14-11996 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Related Docket No. 579 and |
| | | A-15-50271, Related Docket No. 8 |

## CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER APPROVING SETTLEMENT WITH TRAFIGURA TRADING LLC F/K/A TRAFIGURA AG AND SOCIÉTÉ GÉNÉRALE, AS ADMINISTRATIVE AGENT

The undersigned hereby certifies the following:

1. On June 29, 2015, the above-captioned debtors (collectively, the "*Debtors*") filed *Debtors' Expedited Motion under Bankruptcy Code Section 363 and Bankruptcy Rule 9019 for Entry of an Order Approving Settlement with Trafigura Trading LLC f/k/a Trafigura AG and Société Générale, as Administrative Agent* (the "*Motion*") [Docket No. 579 and A-15-50271, Docket No. 8].

2. The deadline to object to the Motion was July 7, 2015 at 12:00 Noon Eastern Time.

3. On July 7, 2015 an Objection was filed by (1) Mohave County (Docket No. 590) and a Limited Objection was filed by (2) the Official Committee of Unsecured Creditors (Docket No. 591), (collectively, the "*Objectors*").

4. A hearing on the Motion was held July 8, 2015 at 3:00 p.m. (the "*Hearing*").

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

5. The Debtors have prepared a revised proposed order which reflects the ruling of the Court at the Hearing and also contains language which has been agreed upon among the Debtors, the Committee and Société Générale which resolves the Committee's Limited Objection.

6. The Order also contains language requested by Mohave County.

7. Attached hereto as Exhibit A is a revised proposed form of order (the "*Proposed Order*"). Attached hereto as Exhibit B is a blackline showing changes to the Proposed Order from the version filed with the Motion.

8. The order has been circulated to counsel for the Debtors, the Committee, Trafigura, Mohave County and Société Générale. Accordingly, the Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience.

Dated: July 23, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Jeremy V. Richards (CA Bar No. 102300)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    jrichards@pszjlaw.com
           mlitvak@pszjlaw.com
           joneill@pszjlaw.com

Counsel for the Debtors and Debtors in Possession