THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mineral Park, Inc., et al.,[1] | ) | Case No.: 14-11996 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Related Docket No. 657 |

### AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON AUGUST 11, 2015 AT 10:00 A.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., two (2) business days before the hearing.**

### CONTINUED MATTERS/STATUS MATTERS:

1. Motion of Western Oilfields Supply Co. d/b/a Rain for Rent for (I) Allowance and Payment of Administrative Expense Claim and (II) to Compel Turnover of Property (Filed March 31, 2015; Docket No. 498)

   **Objection Deadline:** April 14, 2014 at 4:00 p.m. [Extended to August 4, 2015 at 4:00 p.m. for the Debtors]

   **Objections/Responses:**

   (a) Limited Objection of Trafigura Trading LLC f/k/a Trafigura AG (Filed April 14, 2015; Docket No. 524)

   **Status:** The parties are working to resolve this matter. To the extent that the parties are able to resolve this matter, an order will be filed under certification of counsel.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Mineral Park, Inc. (6900); Bluefish Energy Corporation (6843); Mercator Mineral Park Holdings Ltd. (3520); and Lodestrike Resources Ltd. (7923). The mailing address for Debtors Mineral Park, Inc. and Bluefish Energy Corporation is 8275 N. Mineral Park Road, Golden Valley AZ 86413. The mailing address for Debtors Mercator Mineral Park Holdings Ltd. and Lodestrike Resources Ltd. is #1050 - 625 Howe Street, Vancouver BC V6C 2T6.

2. Motion of Purvis Industries, Ltd., d/b/a Bearing Belt Chain for Allowance and Immediate Payment of Its Administrative Expense Claim (Filed April 7, 2015; Docket No. 520)

   **Objection Deadline:** April 21, 2014 at 4:00 p.m. [Extended to August 4, 2015 at 4:00 p.m. for the Debtors]

   **Objections/Responses:**

   (a) Limited Objection of Trafigura Trading LLC f/k/a Trafigura AG (Filed April 14, 2015; Docket No. 525)

   **Status:** This matter is resolved. An order will be filed under certification of counsel.

3. Motion of Freiday Construction, Inc. for Allowance and Payment of Administrative Expense Claim (Filed April 20, 2015; Docket No. 533)

   **Objection Deadline:** May 13, 2014 at 4:00 p.m. [Extended to August 4, 2015 at 4:00 p.m. for the Debtors]

   **Objections/Responses:**

   (a) Limited Objection of Trafigura Trading LLC f/k/a Trafigura AG (Filed May 8, 2015; Docket No. 548)

   **Related Documents:**

   (a) Notice of Filing Amended Proposed Order Granting Allowance and Payment of Administrative Expense Claim by Freiday Construction, Inc. (Filed April 24, 2015; Docket No. 541)

   **Status:** The parties are working to resolve this matter. To the extent that the parties are able to resolve this matter, an order will be filed under certification of counsel.

4. Motion of Acton Welding, Inc. for Allowance and Payment of Administrative Expense Claim (Filed April 20, 2015; Docket No. 534)

   **Objection Deadline:** May 13, 2014 at 4:00 p.m. [Extended to August 4, 2015 at 4:00 p.m. for the Debtors]

**Objections/Responses:**

(a) Limited Objection of Trafigura Trading LLC f/k/a Trafigura AG (Filed May 8, 2015; Docket No. 547)

**Related Documents:**

(a) Notice of Filing Amended Proposed Order Granting Allowance and Payment of Administrative Expense Claim by Freiday Construction, Inc. (Filed April 24, 2015; Docket No. 540)

**Status:** The parties are working to resolve this matter. To the extent that the parties are able to resolve this matter, an order will be filed under certification of counsel.

5. Motion of Transco Industries, Inc. for Allowance and Payment of Administrative Expense (Filed May 26, 2015; Docket No. 560)

   **Objection Deadline:** June 9, 2015 at 4:00 p.m. [Extended to August 4, 2015 at 4:00 p.m. for the Debtors]

   **Objections/Responses:**

   (a) Limited Objection of Trafigura Trading LLC f/k/a Trafigura AG (Filed June 6, 2015; Docket No. 564)

   **Related Documents:**

   (a) Notice of Filing of Exhibits to the Declaration of Jason Brown in Support of Motion of Transco Industries, Inc. for Allowance and Payment of Administrative Expense (Filed May 27, 2015; Docket No. 561)

   **Status:** The parties are working to resolve this matter. To the extent that the parties are able to resolve this matter, an order will be filed under certification of counsel.

**CONTESTED MATTER:**

6. Motion of Mohave County for Leave to Amend Proof of Claim No. 57 (Filed July 24, 2015; Docket No. 628)

   **Objection Deadline:** August 4, 2015 at 4:00 p.m.

   **Objections/Responses:**

   (a) Objection of Trafigura Trading LLC f/k/a Trafigura AG to the Motion of Mohave County to Amend proof of Claim No. 57 (Filed August 4, 2015; Docket No. 641)

   **Status:** This matter is resolved.

### TRIAL RE: SALE PROCEEDS MOTIONS:

7. Motion of Trafigura Trading LLC f/k/a Trafigura AG for an Order (I) Determining that Bluefish Energy Corporation is not Liable for Taxes Imposed on Mineral Park, Inc. and (II) Allocating and Distributing Sale Proceeds (Filed March 11, 2015; Docket No. 451)

**Objection Deadline:** July 28, 2015 at 4:00 p.m.

**Reply Deadline to Objections:** August 4, 2015 at 4:00 p.m.

**Objections Filed:**

(a) Société Générale's Consolidated (A) Limited Objection to Motion of the Debtors Mineral Park, Inc. and Bluefish Energy Corporation for entry of an Order Authorizing Debtors to Surcharge Secured Creditors' Collateral (Proceeds of Sale of Debtors' Assets) and (B) Response to Motion of Trafigura Trading LLC f/k/a Trafigura AG for an Order (i) Determining that Bluefish Energy Corporation is not Liable for Taxes Imposed on Mineral Park, Inc. and (ii) Allocating and Distributing Sale Proceeds (Filed July 28, 2015; Docket No. 631)

(b) Mohave County's Objection to the Motion of Trafigura Trading LLC f/k/a Trafigura AG for an Order (I) Determining that Bluefish Energy Corporation Is Not Liable for Taxes Imposed on Mineral Park, Inc. and (II) Allocating and Distribution Sale Proceeds; and (B) Cross-Motion for an Order (I) Determining that Mohave County's First-Priority Tax Lien Applies to the Assets of Both Mineral Park Inc. and Bluefish Energy Corporation (II) Allocating the Full Amount of Cash Proceeds to Assets Encumbered by the Tax Lien and (III) Distributing the Full Amount of the Cash Proceeds to Mohave County (Filed July 28, 2015; Docket No. 633)

**Replies Filed:**

(a) Trafigura Trading LLC's f/k/a Trafigura AG's Reply in Support of Its Motion and Objection to Mohave County's Cross Motion (Filed August 4, 2015; Docket No. 642)

(b) Reply of Société Générale to Mohave County's (A) Objection to the Motion of Trafigura Trading LLC f/k/a Trafigura AG for an Order (I) Determining that Bluefish Energy Corporation is Not Liable For Taxes Imposed on Mineral Park, Inc. and (Ii) Allocating and Distributing Sale Proceeds; and (B) Cross-Motion for an Order (I) Determining that Mohave County's First-Priority Tax Lien Applies to the Assets of Both Mineral Park, Inc. and Bluefish Energy Corporation (Ii) Allocating the Full Amount of Cash Proceeds to Assets Encumbered by the Tax Lien and (Iii) Distributing the Full Amount of the Cash Proceeds to Mohave County (Filed August 4, 2015; Docket No. 644)

(c)  Mohave County's (I) Motion to Strike and (II) Limited Reply to Société Générale's Consolidated Limited Objection to the Debtors Surcharge Motion and Trafigura's Allocation Motion (Filed August 4, 2015; Docket No. 646)

**Related Documents:**

(a)  Amended Scheduling Order (Entered May 19, 2015; Docket No. 557)

(b)  **Notice of Filing of Proposed Consent Order (I) Allocating and Distributing Sale Proceeds and (II) Authorizing Debtors' Limited Surcharge of Secured Creditors' Collateral (Filed August 10, 2015; Docket No. 663**

**Status:** This matter is resolved. The parties intend to present **the proposed consent order** resolving the motion at the hearing.

8.  Motion of Debtors Mineral Park, Inc. and Bluefish Energy Corporation for Entry of an Order Authorizing Debtors to Surcharge Secured Creditors' Collateral (Proceeds of Sale of Debtors' Assets) (Filed March 12, 2015; Docket No. 456)

**Objection Deadline:** July 28, 2015 at 4:00 p.m.

**Reply Deadline to Objections:** August 4, 2015 at 4:00 p.m.

**Objections filed:**

(a)  Limited Objection of Western Oilfields Supply Co. d/b/a Rain for Rent to Motion of Debtors for Entry of an Order Authorizing Debtors to Surcharge Secured Creditor's Collateral (Filed July 16, 2015; Docket No. 569)

(b)  Objection of Acton Welding to Motion of Debtors for Entry of an Order Authorizing Debtors to Surcharge Secured Creditor's Collateral (Filed July 16, 2015; Docket No. 615)

(c)  Objection of Freiday Construction, Inc. to Motion of Debtors for Entry of an Order Authorizing Debtors to Surcharge Secured Creditor's Collateral (Filed July 16, 2015; Docket No. 616)

(d)  Société Générale's Consolidated (A) Limited Objection to Motion of the Debtors Mineral Park, Inc. and Bluefish Energy Corporation for entry of an Order Authorizing Debtors to Surcharge Secured Creditors' Collateral (Proceeds of Sale of Debtors' Assets) and (B) Response to Motion of Trafigura Trading LLC f/k/a Trafigura AG for an Order (i) Determining that Bluefish Energy Corporation is not Liable for Taxes Imposed on Mineral Park, Inc. and (ii) Allocating and Distributing Sale Proceeds (Filed July 28, 2015; Docket No. 631)

(e)  Mohave County's Objection to Debtors Motion for Entry of an Order Authorizing Debtors to Surcharge Secured Creditors Collateral (Proceeds of Sale of Debtors Assets) (Filed July 28, 2015; Docket No. 632)

**Replies Filed:**

(a) Reply in Support of Motion of Debtors Mineral Park, Inc. and Bluefish Energy Corporation for Entry of an Order Authorizing Debtors to Surcharge Secured Creditors' Collateral (Proceeds of Sale of Debtors' Assets) (Filed August 4, 2015; Docket No. 643)

(b) Limited Reply of Société Générale to Mohave County's Objection to Debtors Motion for Entry of an Order Authorizing Debtors to Surcharge Secured Creditors Collateral (Proceeds of Sale of Debtors Assets) (Filed August 4, 2015; Docket No. 645)

(c) Mohave County's (I) Motion to Strike and (II) Limited Reply to Societe Generale's Consolidated Limited Objection to the Debtors Surcharge Motion and Trafigura's Allocation Motion (Filed August 4, 2015; Docket No. 646)

**Related Documents:**

(a) Amended Scheduling Order (Entered May 19, 2015; Docket No. 557)

(b) **Notice of Filing of Proposed Consent Order (I) Allocating and Distributing Sale Proceeds and (II) Authorizing Debtors' Limited Surcharge of Secured Creditors' Collateral (Filed August 10, 2015; Docket No. 663)**

**Status:** This matter is resolved. The parties intend to present **the proposed consent order** resolving the motion at the hearing.

Dated: August 10, 2015

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James O'Neill_

Jeremy V. Richards (CA Bar No. 102300)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: jrichards@pszjlaw.com
mlitvak@pszjlaw.com
joneill@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:201146.1 57302/002